## Commonwealth *v.* Booth, Appellant.

Submitted September 13, 1971. *Steven J. Hartz,* and *Becker, Fryman & Ervais,* for appellant; *J. Bruce McKissock* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded for proceeding consistent with the decision

of the Supreme Court in *Commonwealth v. Sheehan,* 446 Pa. 35, 285 A. 2d 465 (1971).

WRIGHT, P. J., would affirm the order of the court below.